```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**CALVIN DOUGLAS DYESS,**
      **Movant,**

v.                                        CIVIL ACTION No. 2:08-00849
                                              Criminal No. 2:99-00012-01

**UNITED STATES OF AMERICA,**
      **Respondent.**

<u>**MEMORANDUM OPINION & ORDER**</u>

     Consistent with the Memorandum Opinion and Order entered this same day, the court **DENIES** Petitioner Calvin Dyess' Petition to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.  The court **DISMISSES** this case and **DIRECTS** the Clerk to remove it from the court's active docket.

     The Clerk is directed to forward a certified copy of this Judgment Order to counsel of record and petitioner, pro se.  The Clerk is further directed to remove this case from the court's docket.

     It is **SO ORDERED** this 22nd day of August, 2011.

                                           **ENTER:**

                                           */s/ David A. Faber*
                                           David A. Faber
                                           Senior United States District Judge