IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:99-00012-01

CALVIN DOUGLAS DYESS


### MEMORANDUM OPINION AND ORDER

Counsel for defendant has filed several memoranda addressing defendant's eligibility for a reduced sentence under the First Step Act.  Counsel for defendant argues that defendant is eligible for a reduction.  The United States is hereby **ORDERED** to file a response to defendant's memoranda no later than April 7, 2020.

The court **DIRECTS** the Clerk to send a copy of this Order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the United States Marshal.

**IT IS SO ORDERED** this 31st of March, 2020.

ENTER:

David A. Faber
Senior United States District Judge