IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:99-00012

CALVIN DOUGLAS DYESS

## MEMORANDUM OPINION AND ORDER

Pending before the court is the United States' motion for extension of time to reply to defendant's memoranda seeking relief under the First Step Act. (ECF No. 1402.) The United States seeks an extension until April 28, 2020 to file its reply. (Id.) Counsel for the government requests this extension due to a number of problems related to the Covid-19 pandemic. (See id.) Counsel for the government also states she contacted defense counsel to discuss this request for additional time and defense counsel has no objection to this motion. (Id.)

For good cause shown, the United States' motion to extend time is **GRANTED,** and the deadline to file its reply is **EXTENDED** to April 28, 2020.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 13th day of April, 2020.

ENTER:

David A. Faber
Senior United States District Judge