IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:99-00012

CALVIN DOUGLAS DYESS

### MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's motion for the court to set a deadline for his reply.  (ECF No. 1408.)  On October 18, 2019, defendant filed a memorandum in support of a reduced sentence, followed by two supplemental memoranda.  (See ECF Nos. 1391, 1396, and 1398.)  On March 31, 2020, this court entered an order directing the government to respond by April 7, 2020.  (ECF No. 1400.)  Pursuant to an unopposed motion by the government, this court extended that deadline to April 28, 2020, and the government filed its response on April 24, 2020.  (See ECF Nos. 1402, 1403, and 1407.)

The record in this case is extensive, and the briefs filed before the court are lengthy.  For these reasons and for good cause shown, defendant's motion to set a deadline for his reply is **GRANTED,** and the deadline is set to May 19, 2020.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 28th day of April, 2020.

ENTER:

David A. Faber
Senior United States District Judge